IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01393-MSK

MICHAEL PAUL CONRAD,

      Plaintiff,

v.

THE EDUCATION RESOURCES INSTITUTE, a Massachusetts corporation;
KEY BANK, N.A., an Ohio corporation formerly known as Society Bank formerly known as Ameritrust National Associaton,

      Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, this action alleges actions and representations by a former employee of the U.S. Bankruptcy Court with whom the undersigned worked. Should the controversy require resolution of factual disputes, the undersigned does not believe that she could be fair and impartial. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 7th day of July, 2008.

                                                    **BY THE COURT:**

_Marcie S. Krieger_

Marcia S. Krieger
United States District Judge