IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01393-WYD-KMT

MICHAEL PAUL CONRAD,

    Plaintiff.

v.

THE EDUCATION RESOURCES INSTITUTE, a Massachusetts corporation, and
KEY BANK N.A. (f/k/a SOCIETY BANK, f/k/a AMERITRUST NATIONAL
ASSOCIATION), an Ohio corporation,

    Defendants.
_____

**ORDER SETTING STATUS CONFERENCE**
_____

    This civil action comes before the court on Plaintiff Michael Paul Conrad's failure to appear at the September 29, 2008 Scheduling/Status Conference.

    Proceeding *pro se*, Mr. Conrad filed the instant action on July 2, 2008, alleging "bank and student loan/lending fraud." [Compl., Doc. No. 1, ¶ 2]. A scheduling conference was set for September 29, 2008 at 9:30 a.m. by Order dated July 25, 2008. [Doc. No. 6]. A copy of the Order was mailed to the plaintiff at 565 Mohawk Drive, #A-4, Boulder, CO 80303 on July 25, 2008. The court's records indicate that Mr. Conrad's copy of the Order was not returned to the court as undeliverable.

The court held the Scheduling/Status Conference on September 29, 2008. The court delayed the start of the hearing until 9:47 a.m. Mr. Conrad did not appear in court nor did he contact the court to explain his failure to appear.

On October 2, 2008, Mr. Conrad contacted the court by telephone after having received a copy of the minutes of the September 29, 2008 hearing. Mr. Conrad explained to a Deputy Clerk of the Court that he never received the Order setting the scheduling conference. The court verified the address of the plaintiff, which was correct and was the address to which the Order was sent. Mr. Conrad indicated he had mailed a written response indicating he had not received the Order.

The court notes that Mr. Conrad is appearing in this case pro se. The court also notes that Mr. Conrad has not filed any document indicating service on either of the named Defendants.

Since no Defendant has yet been served in this matter, no other party was prejudiced by Plaintiff's failure to appear at the hearing. Although there is no explanation for why the Order setting the hearing was not received by the plaintiff, the court finds Mr. Conrad's explanation to be sufficient under the circumstances and a show cause order will not issue.

**It is hereby ORDERED**

**A Status Conference is set in this matter for October 16, 2008 at 9:30 a.m. Plaintiff shall appear in person**. At that conference the court will specifically address Fed. R. Civ. P. 4(m) and the ramifications of failure to properly serve the defendants with the summons and Complaint in this action within 120 days of the date of the filing of the Complaint.

Fed. R. Civ. P. 4(m) provides

**(m) Time Limit for Service.** If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

Dated this 3rd day of October, 2008

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge