IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01393-WYD-KMT

MICHAEL PAUL CONRAD,

    Plaintiff,

v.

THE EDUCATION RESOURCES INSTITUTE, a Massachusetts corporation; and KEY BANK, N.A., f/k/a SOCIETY BANK, f/k/a AMERITRUST NATIONAL ASSOCIATION, an Ohio corporation,

    Defendants.

---

### ORDER OF STAY AS TO THE EDUCATION RESOURCES INSTITUTE

---

    ON CONSIDERATION of the Suggestion of Bankruptcy filed on April 10, 2009, as to Defendant The Education Resources Institute, Inc. (Doc. # 37), it is

    ORDERED that pursuant to title 11 of the United States Code, 11 U.S.C. § 101 et. seq., and in accordance with 11 U.S.C. § 362, the automatic stay provision, all proceedings in the above-captioned matter are **STAYED** as to Defendant The Education Resources Institute, Inc.

    Dated:  July 30, 2009

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge